**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>**Plaintiff,**<br><br>**-against-**<br><br>**ANTHONY LOTITO, JOSEPH HAGAN, REVOLUTION LEASING & ADMINISTRATION LLC, and SCRYPTMOB II LLC,**<br><br>**Defendants.** | **24-cv-9348 (ZNQ) (TJB)** |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF ATTORNEY**

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 102.1, Plaintiff Securities and Exchange Commission ("SEC") respectfully withdraws Antonia Apps as counsel of record in this action for the SEC. Ms. Apps left the SEC for other employment. The SEC continues to be represented by other counsel of record in this matter.

Dated: August 21, 2026
New York, New York

Respectfully submitted,

*/s/ Chevon Walker*__________

Chevon Walker
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
100 Pearl Street
Suite 20-100
New York, NY 10004-2616
(212) 336-0090
WalkerCh@sec.gov